JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENWOOD MOTOR LINES, INC, a South Carolina corporation dba R+L Carriers,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ETO DOORS CORPORATION, a California corporation,<br><br>　　　　　　　　　Defendant. | Case No:  CV11-8671 DMG (PJWx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE [39]** |

Pursuant to the Stipulation entered into by and between Plaintiff/Counter-Defendant GREENWOOD MOTOR LINES, INC., a South Carolina corporation dba R+L Carriers ("Plaintiff") and Defendant/Cross-Complainant, ETO DOORS CORPORATION ("Defendant") (Plaintiff and Defendant are collectively referred to as "The Parties") through their respective attorneys of record and upon good cause showing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice, each party bearing their own respective attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1), without waiver of Plaintiff's right to

1

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE**
**Error! Unknown document property name.**

claim attorneys' fees and costs of enforcement in the event that it becomes necessary to pursue enforcement of the Parties' settlement agreement.

This matter is subject to the continuing jurisdiction of Magistrate Judge Patrick J. Walsh, who pursuant to the Parties' agreement and the settlement placed on the record before Judge Walsh on November 16, 2012, is empowered to resolve any disputes that arise out of the interpretation and/or enforcement of the Parties' settlement agreement.

Dated: February 20, 2013

*/s/ Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE